IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALICE OWENS, o/b/o
J.O., a minor child,                                                                                    PLAINTIFF

v.                              Case No. 1:07-cv-1047

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                         DEFENDANT

## JUDGMENT

For the reasons stated in a memorandum opinion of this date, I hereby dismiss Plaintiff's complaint.

**IT IS SO ORDERED AND ADJUDGED** this **25th day of October 2007.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE